UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENIUS GROUP LIMITED,<br><br>           Plaintiff,<br><br>    v.<br><br>ALTO OPPORTUNITY MASTER FUND, SPC –<br>SEGREGATED MASTER PORTFOLIO B;<br>AYRTON CAPITAL, LLC; and WAQAS<br>KHATRI,<br><br>           Defendants. | Civ. No. 23-cv-01639-LAK<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

      Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Genius Group Limited hereby voluntarily dismisses this action with prejudice as against defendants Alto Opportunity Master Fund, SPC – Segregated Master Portfolio B, Ayrton Capital, LLC, and Waqas Khatri.

Dated:  New York, New York
          March 31, 2023

                                    **WARSHAW BURSTEIN, LLP**

                                    */s/ Alan M. Pollack*
                                    Alan M. Pollack
                                    575 Lexington Avenue, 7th Floor
                                    New York, New York 10022
                                    (212) 984-7700

                                    **CHRISTIAN LEVINE LAW GROUP,**
                                    **LLC**

                                    */s/ James Wes Christian*
                                    James Wes Christian
                                    2302 Fannin, Suite 205
                                    Houston, Texas 77002
                                    (713) 659-7617
                                    Attorneys for Plaintiff